# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jerissa A Coaxum            **BK NO. 26-01184 HWV**

         **Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

           Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
12 May 2026, 12:18:05, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 65865e612cf8963a6a8c61a6c3058ad2273e7aa4ff70635ecd2c5ddf9f294915