CO
88P

000000-000000

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

# Earnings   Statement

Employee ID          700325

Page 001 of 001
Period Beg/End:      12/14/2025 - 12/27/2025
Advice Date:         01/02/2026
Advice Number:       0000009594
Batch Number:        SCK1BCYFA7LV

**Jerissa   Coaxum**
**4505   Mance   Dr**
**Harrisburg,     PA   17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:      75.10
Basis of Pay:            Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Premium | 11.0000 | 1.92 | 21.09 | 21.09 |
| OT Straight | 22.0000 | 1.92 | 42.17 | 42.17 |
| Regular | 22.0000 | 73.18 | 1610.04 | 1610.04 |
| Holiday | 22.0000 | 8.00 | 176.00 | 176.00 |
| Gross Pay | | | 1849.30 | 1849.30 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| SUI-Employee Paid - PA | | 1.29 | 1.29 |
| City Tax - HMPDN | | 34.04 | 34.04 |
| PA LST - HMPDN | | 2.00 | 2.00 |
| OASDI | | 105.63 | 105.63 |
| Medicare | | 24.70 | 24.70 |
| State Tax - PA | | 52.25 | 52.25 |
| Total Taxes | | 219.91 | 219.91 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k | 17.86 | 17.86 |
| *Dental Ins | 8.35 | 8.35 |
| *Vision Care | 7.57 | 7.57 |
| *BCBS | 126.34 | 126.34 |
| *FSA MED | 5.00 | 5.00 |
| Legal Assist | 7.41 | 7.41 |
| DepLifeChild | 0.51 | 0.51 |
| AD&D | 0.89 | 0.89 |
| Accident Ins | 4.61 | 4.61 |
| Total Deductions | 178.54 | 178.54 |
| Net Pay | 1450.85 | 1450.85 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 1.74 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | 5.54 | 0.00 | 0.62 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1450.85 |

Your Federal taxable wages for this period are: $1,685.92

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

**Advice Number:**      **0000009594**

**Advice Date:**        **01/02/2026**

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum | Checking    XXXXX7442 | 083000137 | $1450.85 |

CO
BBP

000000-000000

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

# Earnings Statement

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 001 |
| Period Beg/End: | 01/25/2026 - 02/07/2026 |
| Advice Date: | 02/13/2026 |
| Advice Number: | 0000024005 |
| Batch Number: | SC40TVG0VFUF |

**Jerissa Coaxum**
**4505 Mance Dr**
**Harrisburg, PA 17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked: 74.00
Basis of Pay: Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 22.0000 | 8.00 | 176.00 | 704.00 |
| Regular | 22.0000 | 73.28 | 1612.24 | 6206.59 |
| OT Premium | 11.0000 | 0.72 | 7.89 | 88.66 |
| OT Straight | 22.0000 | 0.72 | 15.77 | 173.81 |
| Incentive | | | 0.00 | 60.00 |
| Holiday | | | 0.00 | 352.00 |
| Gross Pay | | | 1811.90 | 7585.06 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| SUI-Employee Paid - PA | | 1.27 | 5.31 |
| OASDI | | 103.31 | 434.18 |
| Medicare | | 24.16 | 101.54 |
| PA LST - HMPDN | | 2.00 | 8.00 |
| State Tax - PA | | 51.10 | 214.77 |
| City Tax - HMPDN | | 33.29 | 139.92 |
| Total Taxes | | 215.13 | 903.72 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k | 17.88 | 72.63 |
| *Dental Ins | 8.35 | 33.40 |
| *Vision Care | 7.57 | 30.28 |
| *BCBS | 126.34 | 505.36 |
| *FSA MED | 5.00 | 20.00 |
| AD&D | 0.89 | 3.56 |
| Accident Ins | 4.61 | 18.44 |
| Legal Assist | 7.41 | 29.64 |
| DepLifeChild | 0.51 | 2.04 |
| Total Deductions | 178.56 | 715.35 |
| Net Pay | 1418.21 | 5965.99 |

Your Federal taxable wages for this period are: $1,648.50

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 6.96 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | | | |
| | 5.54 | 8.00 | 14.77- |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1418.21 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000024005** |
| **Advice Date:** | **02/13/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Jerissa Coaxum | Checking | XXXXX7442 | 083000137 | $1418.21 |

CO
88P
000000-000000

# Earnings Statement

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 002 |
| Period Beg/End: | 02/08/2026 - 02/21/2026 |
| Advice Date: | 02/27/2026 |
| Advice Number: | 0000019018 |
| Batch Number: | SCFNW2I6RAAW |

**Jerissa Coaxum**
**4505 Mance Dr**
**Harrisburg, PA 17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked: 86.53
Basis of Pay: Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Premium | 11.0000 | 0.88 | 9.72 | 162.40 |
| OT Straight | 22.0000 | 6.53 | 143.74 | 317.55 |
| Incentive | 30.0000 | | 30.00 | 90.00 |
| Regular | 22.0000 | 80.00 | 1760.00 | 7966.59 |
| PTO | | | 0.00 | 704.00 |
| Holiday | | | 0.00 | 352.00 |
| OT Premium | 11.3300 | 5.65 | 64.02 | 0.00 |
| Gross Pay | | | 2007.48 | 9592.54 |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Medicare | | | 27.00 | 128.54 |
| OASDI | | | 115.45 | 549.63 |
| SUI-Employee Paid - PA | | | 1.40 | 6.71 |
| PA LST - HMPDN | | | 2.00 | 10.00 |
| State Tax - PA | | | 57.11 | 271.88 |
| City Tax - HMPDN | | | 37.20 | 177.12 |
| Total Taxes | | | 240.16 | 1143.88 |

| Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| *401k | | | 17.60 | 90.23 |
| *FSA MED | | | 5.00 | 25.00 |
| *BCBS | | | 126.34 | 631.70 |
| *Vision Care | | | 7.57 | 37.85 |
| *Dental Ins | | | 8.35 | 41.75 |
| Accident Ins | | | 4.61 | 23.05 |
| AD&D | | | 0.89 | 4.45 |
| DepLifeChild | | | 0.51 | 2.55 |
| Legal Assist | | | 7.41 | 37.05 |
| Total Deductions | | | 178.28 | 893.63 |

Your Federal taxable wages for this period are: $1,844.36

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 8.70 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | | | |
| | 5.54 | 0.00 | 9.23- |

**Direct Deposits**

| | | | |
|---|---|---|---|
| Checking | XXXXX7442 | | 1589.04 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000019018** |
| **Advice Date:** | **02/27/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Jerissa Coaxum | Checking | XXXXX7442 | 083000137 | $1589.04 |

000000-000000

# Earnings   Statement

*Lab.  Corp.  of America  Holdings*
*Attn: Payroll  Department*
*458 South  Main  Street*
*Burlington,   NC  27215*

Page  002 of 002
Period  Beg/End:     02/08/2026  - 02/21/2026
Advice  Date:         02/27/2026
Advice  Number:      0000019018
Batch  Number:       SCFNW2I6RAAW

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,      PA   17112**

**For inquiries on this statement please call: 336-229-1127**
Total  Hours  Worked:         86.53
Basis  of  Pay:               Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Net Pay | | | 1589.04 | 7555.03 | | | | |

Your  Federal  taxable  wages  for  this  period  are: $1,844.36          *Excluded  from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)



THIS IS NOT A CHECK

```
CO                    000000-000000
BBP
```

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 001 |
| Period Beg/End: | 12/28/2025 - 01/10/2026 |
| Advice Date: | 01/16/2026 |
| Advice Number: | 0000002387 |
| Batch Number: | SC6AURC0G9QZ |

**Jerissa Coaxum**
**4505 Mance Dr**
**Harrisburg, PA 17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:     78.43
Basis of Pay:           Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Holiday | 22.0000 | 8.00 | 176.00 | 352.00 |
| OT Premium | 11.3300 | 5.27 | 59.68 | 80.77 |
| Incentive | 30.0000 | | 30.00 | 30.00 |
| OT Straight | 22.0000 | 5.27 | 115.87 | 158.04 |
| Regular | 22.0000 | 73.17 | 1609.67 | 3219.71 |
| Gross Pay | | | 1991.22 | 3840.52 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| SUI-Employee Paid - PA | | 1.40 | 2.69 |
| OASDI | | 114.44 | 220.07 |
| Medicare | | 26.77 | 51.47 |
| State Tax - PA | | 56.61 | 108.86 |
| City Tax - HMPDN | | 36.88 | 70.92 |
| PA LST - HMPDN | | 2.00 | 4.00 |
| Total Taxes | | 238.10 | 458.01 |

| Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| *401k | | 17.86 | 35.72 |
| *Dental Ins | | 8.35 | 16.70 |
| *Vision Care | | 7.57 | 15.14 |
| *BCBS | | 126.34 | 252.68 |
| *FSA MED | | 5.00 | 10.00 |
| AD&D | | 0.89 | 1.78 |
| Accident Ins | | 4.61 | 9.22 |
| Legal Assist | | 7.41 | 14.82 |
| DepLifeChild | | 0.51 | 1.02 |
| Total Deductions | | 178.54 | 357.08 |
| Net Pay | | 1574.58 | 3025.43 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 3.48 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | | | |
| | 5.54 | 0.00 | 6.15 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1574.58 |

Your Federal taxable wages for this period are: $1,827.84

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000002387** |
| **Advice Date:** | **01/16/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum Checking | XXXXX7442 | 083000137 | $1574.58 |

CO
BBP
000000-000000

# Earnings  Statement

*Lab. Corp. of America  Holdings*
*Attn: Payroll  Department*
*458 South  Main  Street*
*Burlington,  NC  27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page  001 of 001 |
| Period Beg/End: | 01/11/2026 - 01/24/2026 |
| Advice Date: | 01/30/2026 |
| Advice Number: | 0000022807 |
| Batch Number: | SCPXTSYQUFEC |

**Jerissa   Coaxum**
**4505  Mance  Dr**
**Harrisburg,      PA   17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:       62.48
Basis of Pay:             Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Holiday | | | 0.00 | 352.00 |
| Incentive | 30.0000 | | 30.00 | 60.00 |
| OT Premium | | | 0.00 | 80.77 |
| OT Straight | | | 0.00 | 158.04 |
| PTO | 22.0000 | 24.00 | 528.00 | 528.00 |
| Regular | 22.0000 | 62.48 | 1374.64 | 4594.35 |
| Gross Pay | | | 1932.64 | 5773.16 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| PA LST - HMPDN | | 2.00 | 6.00 |
| OASDI | | 110.80 | 330.87 |
| Medicare | | 25.91 | 77.38 |
| State Tax - PA | | 54.81 | 163.67 |
| SUI-Employee  Paid - PA | | 1.35 | 4.04 |
| City Tax - HMPDN | | 35.71 | 106.63 |
| Total Taxes | | 230.58 | 688.59 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *Dental  Ins | 8.35 | 25.05 |
| *Vision  Care | 7.57 | 22.71 |
| *BCBS | 126.34 | 379.02 |
| *FSA MED | 5.00 | 15.00 |
| *401k | 19.03 | 54.75 |
| Legal Assist | 7.41 | 22.23 |
| DepLifeChild | 0.51 | 1.53 |
| AD&D | 0.89 | 2.67 |
| Accident  Ins | 4.61 | 13.83 |
| Total Deductions | 179.71 | 536.79 |
| Net Pay | 1522.35 | 4547.78 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization  and balances  are
available  in the Absence  application  in
Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 5.22 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics  Paid Time  Off Plan | | | |
| | 5.54 | 24.00 | 12.31- |

**Direct Deposits**

| | | | |
|---|---|---|---|
| Checking | XXXXX7442 | | 1522.35 |

Your Federal  taxable  wages  for this  period  are: $1,768.09

*Excluded  from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)

---

**Lab.   Corp.   of America   Holdings**
**Attn:  Payroll   Department**
**458  South   Main  Street**
**Burlington,   NC   27215**

| | |
|---|---|
| **Advice   Number:** | **0000022807** |
| **Advice   Date:** | **01/30/2026** |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Jerissa  Coaxum        Checking | XXXXX7442 | 083000137 | $1522.35 |

CO
88P

000000-000000

*Lab. Corp. of America  Holdings*
*Attn: Payroll  Department*
*458 South  Main  Street*
*Burlington,   NC  27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page  001 of  002 |
| Period  Beg/End: | 11/30/2025 - 12/13/2025 |
| Advice  Date: | 12/19/2025 |
| Advice  Number: | 0000004005 |
| Batch  Number: | SCDFAM7CO8FA |

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,     PA   17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:        86.25
Basis of Pay:              Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Straight | 22.0000 | 6.25 | 137.51 | 290.42 |
| Regular | 22.0000 | 80.00 | 1760.00 | 6177.25 |
| Incentive | 30.0000 | | 30.00 | 30.00 |
| OT Premium | 11.0000 | 0.73 | 8.07 | 147.04 |
| PTO | | | 0.00 | 595.70 |
| Recognition | | | 0.00 | 15.33 |
| Holiday | | | 0.00 | 176.00 |
| OT Premium | 11.3300 | 5.52 | 62.51 | 0.00 |
| Gross Pay | | | 1998.09 | 7431.74 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Employee  Paid - PA | 1.40 | 5.20 |
| OASDI | 113.67 | 430.25 |
| Medicare | 26.58 | 100.62 |
| Federal  Withholding | 0.00 | 3.37 |
| State Tax - PA | 56.23 | 212.82 |
| City Tax - HMPDN | 36.63 | 138.65 |
| PA LST - HMPDN | 2.00 | 8.00 |
| Total Taxes | 236.51 | 898.91 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *Dental  Ins | 8.04 | 24.12 |
| *Vision  Care | 7.57 | 22.71 |
| *BCBS | 150.80 | 452.40 |
| *401k | 17.60 | 291.92 |
| AD&D | 0.89 | 2.67 |
| Accident  Ins | 4.61 | 13.83 |
| Legal Assist | 7.41 | 22.23 |
| DepLifeChild | 0.51 | 1.53 |
| Recogn Offset | 0.00 | 10.00 |

Your Federal  taxable  wages  for  this  period  are: $1,815.82

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization  and balances  are
available  in the Absence  application  in
Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 6.96 |
| Recognition | | 15.33 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics  Paid Time Off Plan | | | |
| | 5.54 | 0.00 | 4.92- |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1564.15 |

*Excluded  from  taxable  wages

© 2002 Automatic Data  Processing (PCSUVO)

**Lab.   Corp.   of America   Holdings**
**Attn:  Payroll   Department**
**458  South   Main  Street**
**Burlington,    NC   27215**

| | |
|---|---|
| **Advice   Number:** | **0000004005** |
| **Advice   Date:** | **12/19/2025** |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum          Checking | XXXXX7442 | 083000137 | $1564.15 |

000000-000000

# Earnings  Statement

*Lab. Corp. of America  Holdings*
*Attn: Payroll  Department*
*458 South  Main  Street*
*Burlington,  NC  27215*

Page  002  of  002
Period  Beg/End:   11/30/2025 - 12/13/2025
Advice  Date:        12/19/2025
Advice  Number:    0000004005
Batch  Number:     SCDFAM7CO8FA

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,      PA   17112**

**For inquiries on this statement please call: 336-229-1127**
Total  Hours  Worked:          86.25
Basis  of  Pay:                    Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Total Deductions | | | 197.43 | 841.41 | | | | |
| Net Pay | | | 1564.15 | 5691.42 | | | | |

Your  Federal  taxable  wages  for  this  period  are:  $1,815.82          *Excluded   from  taxable  wages

© 2002 Automatic Data Processing (PCSUVO)



CO
BBP
000000-000000

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

# Earnings Statement

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 002 |
| Period Beg/End: | 11/16/2025 - 11/29/2025 |
| Advice Date: | 12/05/2025 |
| Advice Number: | 0000032383 |
| Batch Number: | SCZGUDK6RUS1 |

**Jerissa Coaxum**
**4505 Mance Dr**
**Harrisburg, PA 17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked: 73.80
Basis of Pay: Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Premium | 11.0000 | 1.30 | 14.30 | 76.46 |
| OT Straight | 22.0000 | 1.30 | 28.60 | 152.91 |
| Regular | 22.0000 | 72.50 | 1595.01 | 4417.25 |
| Holiday | 22.0000 | 8.00 | 176.00 | 176.00 |
| PTO | | | 0.00 | 595.70 |
| Recognition | | | 0.00 | 15.33 |
| Gross Pay | | | 1813.91 | 5433.65 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| SUI-Employee Paid - PA | | 1.27 | 3.80 |
| OASDI | | 102.26 | 316.58 |
| Medicare | | 23.92 | 74.04 |
| PA LST - HMPDN | | 2.00 | 6.00 |
| Federal Withholding | | 0.00 | 3.37 |
| State Tax - PA | | 50.58 | 156.59 |
| City Tax - HMPDN | | 32.95 | 102.02 |
| Total Taxes | | 212.98 | 662.40 |

| Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| *401k | | 141.68 | 274.32 |
| *Dental Ins | | 8.04 | 16.08 |
| *Vision Care | | 7.57 | 15.14 |
| *BCBS | | 150.80 | 301.60 |
| Accident Ins | | 4.61 | 9.22 |
| Legal Assist | | 7.41 | 14.82 |
| DepLifeChild | | 0.51 | 1.02 |
| AD&D | | 0.89 | 1.78 |
| Recogn Offset | | 0.00 | 10.00 |
| Total Deductions | | 321.51 | 643.98 |

Your Federal taxable wages for this period are: $1,507.56

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 5.22 |
| Recognition | | 15.33 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | | | |
| | 5.54 | 0.00 | 10.46- |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1279.42 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000032383** |
| **Advice Date:** | **12/05/2025** |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Jerissa Coaxum | Checking | XXXXX7442 | 083000137 | $1279.42 |

000000-000000

# Earnings   Statement

*Lab. Corp. of America  Holdings*
*Attn: Payroll  Department*
*458 South  Main  Street*
*Burlington,   NC  27215*

Page  002  of  002
Period  Beg/End:    11/16/2025 - 11/29/2025
Advice  Date:          12/05/2025
Advice  Number:     0000032383
Batch  Number:      SCZGUDK6RUS1

**Jerissa   Coaxum**
**4505  Mance  Dr**
**Harrisburg,     PA  17112**

**For inquiries on this statement please call: 336-229-1127**
Total  Hours  Worked:         73.80
Basis  of  Pay:                   Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Net Pay | | | 1279.42 | 4127.27 | | | | |

Your  Federal  taxable  wages  for  this  period  are:  $1,507.56          *Excluded  from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)



CO
88P
000000-000000

# Earnings   Statement

*Lab. Corp. of America   Holdings*
*Attn: Payroll   Department*
*458 South   Main   Street*
*Burlington,   NC   27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page  001  of  001 |
| Period  Beg/End: | 11/02/2025 - 11/15/2025 |
| Advice  Date: | 11/21/2025 |
| Advice  Number: | 0000006225 |
| Batch  Number: | SCYWO08UI6JF |

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,      PA   17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:         49.33
Basis of Pay:               Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 22.0000 | 27.08 | 595.70 | 595.70 |
| OT Premium | 11.0000 | 1.05 | 11.55 | 62.16 |
| OT Straight | 22.0000 | 1.05 | 23.10 | 124.31 |
| Regular | 22.0000 | 48.28 | 1062.24 | 2822.24 |
| Gross Pay | | | 1692.59 | 3604.41 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| OASDI | | 94.73 | 213.37 |
| Medicare | | 22.15 | 49.90 |
| State Tax - PA | | 46.85 | 105.54 |
| City Tax - HMPDN | | 30.52 | 68.76 |
| PA LST - HMPDN | | 2.00 | 4.00 |
| SUI-Employee  Paid - PA | | 1.18 | 2.52 |
| Total Taxes | | 197.43 | 444.09 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k | 132.64 | 132.64 |
| *Dental  Ins | 8.04 | 8.04 |
| *Vision  Care | 7.57 | 7.57 |
| *BCBS | 150.80 | 150.80 |
| Legal Assist | 7.41 | 7.41 |
| DepLifeChild | 0.51 | 0.51 |
| AD&D | 0.89 | 0.89 |
| Accident  Ins | 4.61 | 4.61 |
| Total Deductions | 312.47 | 312.47 |
| Net Pay | 1182.69 | 2847.85 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization  and balances  are
available  in the Absence  application  in
Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 3.48 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics  Paid Time  Off Plan | | | |
| | 5.54 | 27.08 | 16.00- |

**Direct Deposits**

| | | This Period |
|---|---|---|
| Checking | XXXXX7442 | 1182.69 |

Your Federal  taxable  wages  for this  period  are: $1,395.28

*Excluded  from taxable  wages

© 2002 AutomaticData Processing (PCSUVO)

**Lab.   Corp.   of America   Holdings**
**Attn:   Payroll   Department**
**458  South   Main   Street**
**Burlington,      NC   27215**

| | |
|---|---|
| **Advice   Number:** | **0000006225** |
| **Advice   Date:** | **11/21/2025** |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum        Checking | XXXXX7442 | 083000137 | $1182.69 |

CO
BBP
000000-000000

# Earnings   Statement

Lab. Corp. of America Holdings
Attn: Payroll Department
458 South Main Street
Burlington, NC 27215

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 001 |
| Period Beg/End: | 12/14/2025 - 12/27/2025 |
| Advice Date: | 01/02/2026 |
| Advice Number: | 0000009594 |
| Batch Number: | SCK1BCYFA7LV |

**Jerissa   Coaxum**
**4505   Mance   Dr**
**Harrisburg,     PA   17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:         75.10
Basis of Pay:               Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Premium | 11.0000 | 1.92 | 21.09 | 21.09 |
| OT Straight | 22.0000 | 1.92 | 42.17 | 42.17 |
| Regular | 22.0000 | 73.18 | 1610.04 | 1610.04 |
| Holiday | 22.0000 | 8.00 | 176.00 | 176.00 |
| Gross Pay | | | 1849.30 | 1849.30 |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| SUI-Employee Paid - PA | | | 1.29 | 1.29 |
| City Tax - HMPDN | | | 34.04 | 34.04 |
| PA LST - HMPDN | | | 2.00 | 2.00 |
| OASDI | | | 105.63 | 105.63 |
| Medicare | | | 24.70 | 24.70 |
| State Tax - PA | | | 52.25 | 52.25 |
| Total Taxes | | | 219.91 | 219.91 |

| Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| *401k | | | 17.86 | 17.86 |
| *Dental Ins | | | 8.35 | 8.35 |
| *Vision Care | | | 7.57 | 7.57 |
| *BCBS | | | 126.34 | 126.34 |
| *FSA MED | | | 5.00 | 5.00 |
| Legal Assist | | | 7.41 | 7.41 |
| DepLifeChild | | | 0.51 | 0.51 |
| AD&D | | | 0.89 | 0.89 |
| Accident Ins | | | 4.61 | 4.61 |
| Total Deductions | | | 178.54 | 178.54 |
| Net Pay | | | 1450.85 | 1450.85 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 1.74 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | 5.54 | 0.00 | 0.62 |

**Direct Deposits**

| | | This Period |
|---|---|---|
| Checking | XXXXX7442 | 1450.85 |

Your Federal taxable wages for this period are: $1,685.92

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000009594** |
| **Advice Date:** | **01/02/2026** |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum | Checking XXXXX7442 | 083000137 | $1450.85 |

CO
BBP
000000-000000

# Earnings   Statement

*Lab.  Corp.  of America   Holdings*
*Attn:  Payroll  Department*
*458 South  Main  Street*
*Burlington,   NC  27215*

| | |
|---|---|
| Employee ID | 700325 |
| | Page  001 of  002 |
| Period  Beg/End: | 11/30/2025  -  12/13/2025 |
| Advice  Date: | 12/19/2025 |
| Advice  Number: | 0000004005 |
| Batch  Number: | SCDFAM7CO8FA |

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,     PA  17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:       86.25
Basis of Pay:             Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Straight | 22.0000 | 6.25 | 137.51 | 290.42 |
| Regular | 22.0000 | 80.00 | 1760.00 | 6177.25 |
| Incentive | 30.0000 | | 30.00 | 30.00 |
| OT Premium | 11.0000 | 0.73 | 8.07 | 147.04 |
| PTO | | | 0.00 | 595.70 |
| Recognition | | | 0.00 | 15.33 |
| Holiday | | | 0.00 | 176.00 |
| OT Premium | 11.3300 | 5.52 | 62.51 | 0.00 |
| Gross Pay | | | 1998.09 | 7431.74 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Employee  Paid - PA | 1.40 | 5.20 |
| OASDI | 113.67 | 430.25 |
| Medicare | 26.58 | 100.62 |
| Federal  Withholding | 0.00 | 3.37 |
| State Tax - PA | 56.23 | 212.82 |
| City Tax - HMPDN | 36.63 | 138.65 |
| PA LST - HMPDN | 2.00 | 8.00 |
| Total Taxes | 236.51 | 898.91 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *Dental  Ins | 8.04 | 24.12 |
| *Vision  Care | 7.57 | 22.71 |
| *BCBS | 150.80 | 452.40 |
| *401k | 17.60 | 291.92 |
| AD&D | 0.89 | 2.67 |
| Accident  Ins | 4.61 | 13.83 |
| Legal Assist | 7.41 | 22.23 |
| DepLifeChild | 0.51 | 1.53 |
| Recogn Offset | 0.00 | 10.00 |

Your  Federal  taxable  wages  for  this  period  are:  $1,815.82

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization  and balances  are
available  in the Absence  application  in
Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 6.96 |
| Recognition | | 15.33 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics  Paid Time Off Plan | | | |
| | 5.54 | 0.00 | 4.92- |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXX7442 | 1564.15 |

*Excluded  from  taxable  wages

© 2002 Automatic Data  Processing (PCSUVO)

**Lab.   Corp.   of America   Holdings**
**Attn:  Payroll   Department**
**458 South   Main  Street**
**Burlington,    NC  27215**

| | |
|---|---|
| **Advice   Number:** | **0000004005** |
| **Advice   Date:** | **12/19/2025** |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Jerissa Coaxum | Checking    XXXXX7442 | 083000137 | $1564.15 |

000000-000000

# Earnings   Statement

*Lab. Corp. of America   Holdings*
*Attn: Payroll   Department*
*458 South   Main Street*
*Burlington,   NC  27215*

Period  Beg/End:  11/30/2025 - 12/13/2025
Advice  Date:  12/19/2025
Advice  Number:  0000004005
Batch  Number:  SCDFAM7CO8FA

**Jerissa   Coaxum**
**4505  Mance   Dr**
**Harrisburg,     PA  17112**

**For inquiries on this statement please call: 336-229-1127**
Total  Hours  Worked:  86.25
Basis of Pay:  Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Total  Deductions | | | 197.43 | 841.41 | | | | |
| Net  Pay | | | 1564.15 | 5691.42 | | | | |

Your  Federal  taxable  wages  for  this  period  are: $1,815.82          *Excluded   from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)



CO
BBP

000000-000000

*Lab. Corp. of America Holdings*
*Attn: Payroll Department*
*458 South Main Street*
*Burlington, NC 27215*

# Earnings Statement

| | |
|---|---|
| Employee ID | 700325 |
| | Page 001 of 001 |
| Period Beg/End: | 10/19/2025 - 11/01/2025 |
| Advice Date: | 11/07/2025 |
| Advice Number: | 0000009511 |
| Batch Number: | SC9QLIYLEPH2 |

**Jerissa Coaxum**
**4505 Mance Dr**
**Harrisburg, PA 17112**

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked: 84.60
Basis of Pay: Hourly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 22.0000 | 80.00 | 1760.00 | 1760.00 |
| OT Premium | 11.0000 | 4.60 | 50.61 | 50.61 |
| OT Straight | 22.0000 | 4.60 | 101.21 | 101.21 |
| Gross Pay | | | 1911.82 | 1911.82 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| SUI-Employee Paid - PA | | | 1.34 | 1.34 |
| PA LST - HMPDN | | | 2.00 | 2.00 |
| OASDI | | | 118.64 | 118.64 |
| Medicare | | | 27.75 | 27.75 |
| State Tax - PA | | | 58.69 | 58.69 |
| City Tax - HMPDN | | | 38.24 | 38.24 |
| Total Taxes | | | 246.66 | 246.66 |
| Net Pay | | | 1665.16 | 1665.16 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 1.74 | 1.74 |

**PTO**

| | Accrued | Taken | Balance |
|---|---|---|---|
| USA Diagnostics Paid Time Off Plan | | | |
| | 2.77 | 0.00 | 5.54 |

**Direct Deposits**

| | | This Period |
|---|---|---|
| Checking | XXXXX7442 | 1665.16 |

Your Federal taxable wages for this period are: $1,913.56

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

**Lab. Corp. of America Holdings**
**Attn: Payroll Department**
**458 South Main Street**
**Burlington, NC 27215**

| | |
|---|---|
| **Advice Number:** | **0000009511** |
| **Advice Date:** | **11/07/2025** |

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Jerissa Coaxum | Checking | XXXXX7442 | 083000137 | $1665.16 |