United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Jerissa A Coaxum

　　Debtor

Case No. 26-01184-HWV

Chapter 13

# **CERTIFICATE OF NOTICE**

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerissa A Coaxum, 4505 Mance Dr, Harrisburg, PA 17112-8621 |
| 5802730 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5799115 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 04 2026 18:47:07 | Affirm Inc, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5801144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 04 2026 18:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5799117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 18:47:02 | Citicards Cbna, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5799118 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 04 2026 18:38:00 | Credit Collection Serv, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 5799119 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 18:38:00 | Dept of Education/Neln, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5799120 | + | Email/Text: mrdiscen@discover.com | Jun 04 2026 18:38:00 | Discover Card, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5799116 | | Email/Text: BNSFS@capitalsvcs.com | Jun 04 2026 18:38:00 | Ccs/First Savings Bank, 500 E 60TH ST N, SIOUX FALLS, SD 57104 |
| 5799121 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 04 2026 18:38:00 | Gm Financial, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5808465 | + | Email/Text: gbechakas@outlook.com | Jun 04 2026 18:38:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5799122 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 18:38:00 | Midland Credit Managem, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 5799123 | | Email/Text: bankruptcy@oliphantfinancial.com | Jun 04 2026 18:38:00 | Oliphant Usa Llc, 6001 W WILLIAM CANNON DR, AUSTIN, TX 78749 |
| 5799125 | + | Email/PDF: cbp@omf.com | Jun 04 2026 18:47:05 | ONEMAIN, 100 International Drive 15th floor, Baltimore, MD 21202-4784 |
| 5803188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 18:47:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5799126 | + | Email/PDF: ebnotices@pnmac.com | Jun 04 2026 18:47:12 | Pennymac Loan Services, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 5799127 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 18:47:06 | Portfolio Recov Assoc, 120 CORPORATE BLVD, NORFOLK, VA 23502-4952 |

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 5805131 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2026 18:38:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5799128 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2026 18:38:00 | Santander Bank, N.A, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5799129 | + | Email/Text: bncmail@w-legal.com | Jun 04 2026 18:38:00 | Td Bank Usa/Targetcred, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5801152 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 18:38:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5801290 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 04 2026 18:47:05 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5799130 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 04 2026 18:47:00 | Wells Fargo Card Ser, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5799124 | *P++ | OLIPHANT USA LLC, PO BOX 746411, ATLANTA GA 30374-6411, address filed with court:, Oliphant Usa, Llc, 6001 W. WILLIAM CANNON DR., AUSTIN, TX 78749 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Shane L Weaver | on behalf of Debtor 1 Jerissa A Coaxum bankruptcy@shaneweaverlaw.com LawOfficeOfShaneLWeaver@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jerissa A Coaxum,

**Debtor 1**

Chapter      13

Case No.      1:26−bk−01184−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 8, 2026 <br><br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 4, 2026 |

ntcnfhrg (08/21)